# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID COOPER,**<br><br>Defendant. | 1:25-po-05039-TJC<br><br>Violation: F0I6000L<br>Location Code: M6H<br><br><br>ORDER |

Based upon the United States' motion (Doc. 3), and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 12th day of November, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1